IN THE UNITED STATES DISTRICT COURT

STATE OF NEVADA

| | |
|---|---|
| JEFFREY L. JARVIS, et al., | |
| PLAINTIFFS, | 3:10-cv-00299-LRH-VPC |
| vs. | |
| ANEESARD MGMT., LLC, et al. | **DEFAULT JUDGMENT** |
| DEFENDANTS. | |

The Summons and Complaint in this action having been duly served on the Defendants Aneesard Mgmt., LLC (also known as Aneesard Management), Draseena Funds Group Corporation ("Draseena"), The Arrow Fund II, LLC ("Arrow Fund"), Three Oaks Currency Fund, LP ("Three Oaks"), DN Management Company, LLC ("DN Management"), Daniel H. Spitzer, and Albert Gerebizza (collectively, "Defendants"), and said Defendants having failed to plead or otherwise defend this action, and said default having been duly entered.

NOW, on motion of Lionel Sawyer & Collins, attorneys for Plaintiffs, it is hereby

ORDERED and ADJUDGED that Plaintiffs respectively do recover of Defendants Aneesard, Draseena, Arrow Fund, Three Oaks, DN Management, Daniel H. Spitzer, and Albert Gerebizza, jointly and severally, as follows:

**Plaintiff Jeffrey L. Jarvis**, the sum of $247,444.59 (the amount claimed); plus pre-

1  judgment interest pursuant to NRS 17.130(2) from the date of service of the summons and
2  complaint through May 18, 2011 in the amount of $9,004.27 from Defendant Spitzer, in the
3  amount of $1,138.88 from Defendant Gerebizza, in the amount of $12,242.96 from Defendant
4  Draseena, and in the amount of $12,634.45 from each of Defendants Aneesard, Arrow Fund,
5  Three Oaks and DN Management, plus additional interest through the date of judgment, to be
6  calculated at the statutory rate of 5.25%; plus post-judgment interest, to be calculated pursuant
7  to 28 U.S.C. § 1961;

8  **Plaintiff Brenda K. Holtzman,** the sum of $50,000.00 (the amount claimed); plus pre-
9  judgment interest pursuant to NRS 17.130(2) from the date of service of the summons and
10 complaint through May 18, 2011 in the amount of $1,747.17 from Defendant Spitzer, in the
11 amount of $230.08 from Defendant Gerebizza, in the amount of $2,473.36 from Defendant
12 Draseena, and in the amount of $2,552.45 from each of Defendants Aneesard, Arrow Fund,
13 Three Oaks and DN Management, plus additional interest through the date of judgment, to be
14 calculated at the statutory rate of 5.25%; plus post-judgment interest, to be calculated pursuant
15 to 28 U.S.C. § 1961;

16 **Plaintiff Katherine L. Jarvis**, the sum of $48,053.55 (the amount claimed); plus pre-
17 judgment interest pursuant to NRS 17.130(2) from the date of service of the summons and
18 complaint through May 18, 2011 in the amount of $1,679.13 from Defendant Spitzer, in the
19 amount of $221.12 from Defendant Gerebizza, in the amount of $2,377.04 from Defendant
20 Draseena, and in the amount of $2,453.05 from each of Defendants Aneesard, Arrow Fund,
21 Three Oaks and DN Management, plus additional interest through the date of judgment, to be
22 calculated at the statutory rate of 5.25%; plus post-judgment interest, to be calculated pursuant to
23 28 U.S.C. § 1961; and

24 **Plaintiff Jarvis Mechanical Constructors, Inc.,** in the sum of $275,000.00 (the amount
25 claimed); plus pre-judgment interest pursuant to NRS 17.130(2) from the date of service of the
26 summons and complaint through May 18, 2011 in the amount of $9,610.65 from Defendant
27 Spitzer, in the amount of $1,265.60 from Defendant Gerebizza, in the amount of $13,605.20
28

from Defendant Draseena, and in the amount of $14,040.25 from each of Defendants Aneesard, Arrow Fund, Three Oaks and DN Management, plus additional interest through the date of judgment, to be calculated at the statutory rate of 5.25%; plus post-judgment interest, to be calculated pursuant to 28 U.S.C. § 1961; and that Plaintiffs have execution therefor.

Dated this 9th of June, 2011

By: _____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE