# IN THE UNITED STATES DISTRICT COURT
## STATE OF NEVADA

| | |
|---|---|
| JEFFREY L. JARVIS, et al., | |
| PLAINTIFFS, | 3:10-cv-00299-LRH -VPC |
| vs. | |
| ANEESARD MGMT., LLC, et al. | **DEFAULT JUDGMENT** |
| DEFENDANTS. | |

The Summons and Complaint in this action having been duly served on Defendant Kenzie Financial Management Company ("KFMC"), and said Defendants having failed to plead or otherwise defend this action, and said default having been duly entered.

NOW, on motion of Lionel Sawyer & Collins, attorneys for Plaintiffs, it is hereby

ORDERED and ADJUDGED that Plaintiffs respectively do recover of Defendant Kenzie as follows:

**Plaintiff Jeffrey L. Jarvis**, the sum of $247,444.59 (the amount claimed); plus pre-judgment interest pursuant to NRS 17.130(2) from the date of service of the summons and complaint through June 27, 2011 in the amount of $1,103.29 plus additional interest through the date of judgment, to be calculated at the statutory rate of 5.25%; plus post-judgment interest, to be calculated pursuant to 28 U.S.C. § 1961;

**Plaintiff Brenda K. Holtzman**, the sum of $50,000.00 (the amount claimed); plus pre-judgment interest pursuant to NRS 17.130(2) from the date of service of the summons and complaint through June 27, 2011 in the amount of $222.80 plus additional interest through the date of judgment, to be calculated at the statutory rate of 5.25%; plus post-judgment interest, to be calculated pursuant to 28 U.S.C. § 1961;

**Plaintiff Katherine L. Jarvis**, the sum of $48,053.55 (the amount claimed); plus pre-judgment interest pursuant to NRS 17.130(2) from the date of service of the summons and complaint through June 27, 2011 in the amount of $214.24 plus additional interest through the date of judgment, to be calculated at the statutory rate of 5.25%; plus post-judgment interest, to be calculated pursuant to 28 U.S.C. § 1961; and

**Plaintiff Jarvis Mechanical Constructors, Inc.**, in the sum of $275,000.00 (the amount claimed); plus pre-judgment interest pursuant to NRS 17.130(2) from the date of service of the summons and complaint through June 27, 2011 in the amount of $1,226.05 plus additional interest through the date of judgment, to be calculated at the statutory rate of 5.25%; plus post-judgment interest, to be calculated pursuant to 28 U.S.C. § 1961; and that Plaintiffs have execution therefor.

DATED this 29th day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE